UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 3/4/2021
```

STAR MAGIC, INC.,

                    Plaintiff,

-against-

RICHARD X ZAWITZ, *et al.*,

                    Defendants.

**ORDER**

21-cv-0917 (ER)

Ramos, D.J.:

      On February 12, 2021, the Court granted Defendant's application for a pre-motion conference, and a telephonic appearance was schedule for March 4, 2021, at 10:30 a.m. Doc. 12. Plaintiff not having appeared at today's conference, a pre-motion conference will now be held on March 11, 2021, at 11:30 a.m. by telephone. The parties are instructed to call (877) 411-9748 and enter access code 3029857# when prompted.

      It is SO ORDERED.

Dated: New York, New York
       March 4, 2021

                                                                           Edgardo Ramos, U.S.D.J.