Star Magic, Inc.
301 E. 78 St., New York, NY 10075
(212) 228-7770
Shlomo Ayal - President

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #  _____
DATE FILED:   4/21/2021
```

April 20, 2021

Honorable Edgardo Ramos
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

The application is ____ granted
                      X  denied

_____
Edgardo Ramos, U.S.D.J
Dated:  4/21/2021
New York, New York

RE: Star Magic, Inc. v. Tangle, Inc., et al., No. 1:21-cv-00917-ER

**MEMO ENDORSED**

Dear Judge Ramos:

My name is Shlomo Ayal and I am the president/owner of Star Magic, Inc.

I write pursuant to the request for a pre-motion conference filed by Star Magic's attorney to withdraw as counsel.

I hereby request that Your Honor delay the pre-motion conference and allow Star Magic more time to provide supporting details for its opposition to counsel's request to withdraw, based on the following:
(1) Difficulty in obtaining replacement counsel to respond to Defendants' pending Motion to Dismiss given their inability to defend current counsel's legal strategy and lack of knowledge of case history in both New York and California
(2) Damage to on-going settlement negotiations currently taking place between the principals

In the alternative, and in order to avoid any further actions at this time, I hereby request that Your Honor grant the Defendants' motion to stay the case pending the resolution of the California case.

Thank you for Your Honor's consideration of these requests.

Respectfully submitted,

STAR MAGIC, INC.

Shlomo Ayal
.