UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STAR MAGIC, INC.<br><br>                 Plaintiff,<br><br>v.<br><br>TANGLE, INC., RICHARD X. ZAWITZ,<br>NICHOLAS ZAWITZ, and<br>JOCLYNN ALIOTO,<br><br>                 Defendants. | Case No.: 1:21-cv-00917-ER<br><br>**ORDER** |

RAMOS, District Judge:

       On April 29, 2021, a telephonic pre-motion conference was conducted by the Court concerning counsel for plaintiff Star Magic, Inc.'s request for leave to file a motion to withdraw as counsel. The conference was attended by counsel for Star Magic, White and Williams LLP; counsel for Defendants; and Star Magic's principal, Shlomo Ayal. Mr. Ayal opposes the request of his counsel to withdraw. The motion to withdraw as counsel is not opposed by Defendants.

       Upon consideration of the written submission by counsel for Star Magic, Mr. Ayal's letter responses in opposition thereto, argument heard during the telephone conference, and for good cause shown, it is hereby ORDERED that the counsel for Star Magic, White and Williams LLP, is hereby granted leave to withdraw as counsel and counsel is permitted to withdraw his appearance as counsel for Star Magic upon the entry of this Order.

       It is further ORDERED that Star Magic shall have through and including June 1, 2021 in which to secure new counsel and to file its response to Defendants' pending Motion to Stay, Transfer, or Dismiss Complaint (Doc. 15). Defendants' Reply, if any, shall be filed on or before June 8, 2021.

-2-

It is SO ORDERED.

BY THE COURT:

_____
Hon. Edgardo Ramos
United States District Judge

Dated: 4/29/2021
New York, NY

27047167v.1