UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STAR MAGIC, INC.,

                Plaintiff,

– against –

TANGLE, INC., RICHARD X. ZAWITZ, NICHOLAS ZAWITZ, and JOCLYNN ALIOTO,

                Defendants.

**ORDER**

21 Civ. 917 (ER)

Ramos, D.J.:

    On April 29, 2021, the Court ordered that counsel for Plaintiff Star Magic, Inc. ("Star Magic"), White and Williams LLP, was permitted to withdraw as counsel. Doc. 24. The Court also ordered Star Magic to obtain new counsel and file a response to Defendants' pending motion to stay, transfer, or dismiss the complaint, Doc. 15, by June 1, 2021. As of this date, Star Magic has not responded to the pending motion.

    Star Magic is directed to file a status report by Friday, November 5, 2021 regarding the status of this case. Failure to do so may result in sanctions, including dismissal for failure to prosecute pursuant to Fed. R. Civ. P. 41(b). The Clerk of Court is respectfully requested to mail a copy of this order to the Plaintiff.

    SO ORDERED.

Dated:   October 28, 2021
             New York, New York

                                              Edgardo Ramos, U.S.D.J.